THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DERRICK LEE BRYANT,<br><br>            Plaintiff,<br><br>    v.<br><br>CAROLYN COLVIN,<br><br>            Defendant. | CASE NO. C13-1587-JCC<br><br>ORDER REVERSING AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The Court, after careful consideration of Plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The Commissioner's decision is REVERSED and REMANDED for further administrative proceedings.

(3) On remand, the ALJ shall (1) reassess the medical opinions of Dr. Heffner, Dr. Washburn, and Dr. Kenderdine, (2) reevaluate Mr. Bryant's credibility, (3) further develop the record as necessary, and (4) redo the five-step disability evaluation process as necessary.

(4) The Clerk shall send copies of this Order to the parties and to Judge Tsuchida.

//

1     DATED this 23rd day of May 2014.

                                                               John C. Coughenour
                                                               UNITED STATES DISTRICT JUDGE

ORDER REVERSING AND REMANDING FOR
FURTHER ADMINISTRATIVE PROCEEDINGS
PAGE - 2